# Court of Appeals
# of the State of Georgia

ATLANTA,  December 19, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0669. NORMARENE C. MERRITT v. BARCLAYS BANK DELAWARE.**

Defendant and third-party plaintiff Normarene Merritt filed this direct appeal, seeking review of: (i) the trial court's order granting the motion to stay proceedings and compel arbitration filed by third-party defendant Barclays Bank Delaware ("Barclays"); and (ii) the court's subsequent order confirming the ensuing arbitration award and entering a final judgment on all matters between Merritt and Barclays in this civil action.  The court's latter order states that Merritt's claims against another third-party defendant "are unaffected and remain outstanding."

Because this action remains pending below, Merritt was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the orders at issue here.[1] See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989).  Merritt's failure to do

---

[1] The trial court's order did state that it was " a FINAL AND CONCLUSIVE JUDGMENT" as to the parties here.  But that was not sufficient to render it immediately appealable without a certificate.  Rather, an order resolving less than all claims against less that all parties is final for the purposes of appealability "only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment." OCGA 9-11-54(b).  No such determination or direction was included in the order, and so it is not appealable without a certificate. *See Rhymes v. E. Atlanta Church of God, Inc*. 284 Ga. 145, 146 (663 S.E.2d 670) (2008).

so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   12/19/2016          *
        *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
                *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*